193 F.2d 495
 ALEXANDER FILM COMPANY,
v.
FEDERAL TRADE COMMISSION.
 No. 4212.
 United States Court of Appeals Tenth Circuit.
 Oct. 25, 1951.
 
 Thomas M. Burgess, Colorado Springs, Colo., for petitioner.
 W. T. Kelley, Gen. Counsel, and James W. Cassedy, Asst. Gen. Counsel, Federal Trade Commission, Washington, D.C., for respondent.
 Before PHILLIPS, Chief Judge, and PICCKETT, Circuit Judge.
 PER CURIAM.
 
 
 1
 Petition to review dismissed on motion of petitioner.